UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE CLEMONS,<br><br>      Plaintiff,<br><br>      v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:16-cv-00981 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MARIANNE CLEMONS AND AGAINST DEFENDANT, NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY |

      Marianne Clemons initiated this action seeking judicial review of the administrative decision denying her application for Social Security benefits.  On March 23, 2017, Plaintiff and Defendant Nancy A. Berryhill, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings.  (Doc. 18)

      The parties seek remand to have for "the Commissioner [to] conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings."  (Doc. 18 at 2)  In addition, the parties want the ALJ to "follow SSR 02-01p in issuing any new decision."  (*Id.*)  Finally, the parties stipulated for the matter to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of Plaintiff.  (*Id.* at 1-2)

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Marianne Clemons and against Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **March 24, 2017**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE