UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE CLEMONS, | Case No.: 1:16-cv-00981- JLT |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE AND VACATING THE HEARING DATE OF JULY 20, 2017 |
| v. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

On June 21, 2017, Plaintiff Marianne Clemons filed a motion for attorney fees and costs under the Equal Access to Justice Act, and set the matter for hearing on July 20, 2017. (Doc. 21) Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, has yet to file a response to the motion. Accordingly, the Court **ORDERS**:

1. The hearing date of July 20, 2017 is **VACATED**;

2. Defendant **SHALL** file a response to the motion no later than **July 28, 2017**; and

3. Any reply by Plaintiff **SHALL** be filed no later than **August 4, 2017**.

IT IS SO ORDERED.

Dated:   **July 14, 2017**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.